IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER ROGERS, By His Parents and
Next Friends Christopher and Flavel Rogers,

    Plaintiffs,

v.

HEMPFIELD SCHOOL DISTRICT,

    Defendant.

CIVIL ACTION
NO. 17-1464

## ORDER

**AND NOW**, this 27th day of September, 2018, upon consideration of the parties' cross-motions for judgment on the administrative record, and all responses and replies thereto, and after oral argument being held and review of the administrative record in this matter, it is hereby **ORDERED** as follows:

    1. Plaintiffs' Motion for Judgment on the Administrative Record (Docket No. 15) is **DENIED**;

    2. Defendant's Motion for Judgment on the Administrative Record (Docket No. 14) is **GRANTED**; and

    3. The Clerk shall close this matter.

                                              **BY THE COURT:**

                                              **/s/ Jeffrey L. Schmehl**
                                              Jeffrey L. Schmehl, J.